8 So.3d 1276 (2009)
Dominick BRADFORD, Appellant,
v.
STATE of Florida, Appellee.
No. 4D07-4202.
District Court of Appeal of Florida, Fourth District.
May 13, 2009.
Cynthia L. Comras, Office of Regional Counsel, West Palm Beach, for appellant.
Bill McCollum, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Harris v. State, 349 So.2d 854 (Fla. 2d DCA 1977).
FARMER, HAZOURI and GERBER, JJ., concur.